Floyd D. ASHWOOD, Plaintiff–
Appellant,

and

George L. Reid; Jerry Harris; Luis Lugo; Steven J. Richmond; John Farmer; Robert Hudson; Tyrone Wilkins; Douglas S. Pearson; Maurice Jett; William Keith Smith; Kenyatta Williams; T. Kendrick; J. Powell; K. Kenney, Plaintiffs,

v.

Stan BARRY, Sheriff; Jane Corcoran, Supervisor, Lt. Classification Unit; Fairfax County Board of Supervisors, Defendants–Appellees.

No. 02–6308.

United States Court of Appeals,
Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

Floyd D. Ashwood, Appellant Pro Se.

**138**

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Floyd D. Ashwood appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Ashwood v. Barry,* No. CA–02–59–2 (E.D.Va. Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*